Lewis A. **FAULK,** Appellant

v.

**PENNSYLVANIA BOARD OF PROBATION AND PAROLE,** Appellee.

Supreme Court of Pennsylvania.

Sept. 29, 2010.

## *ORDER*

PER CURIAM.

**AND NOW,** this 29th day of September, 2010, the Order of the Commonwealth Court is AFFIRMED.